### JOHN W. HARDIN, ET AL., *v.* ISAIAH HILL.

**Tender of Bill of Exceptions.**

The appellee is not bound to take notice of a tender of a bill of exceptions to the judge, and he is only bound to take such notice when such a bill is filed in the court on the day designated for such purpose; and where the record fails to show that a bill of exceptions was presented on the first day of the term, or that the time was extended to another day, the filing of the same on some other day is not notice to the appellee of its filing.

APPEAL FROM WASHINGTON COURT OF COMMON PLEAS.

March 20, 1879.

OPINION BY JUDGE ELLIOTT:

We are of opinion that the plaintiffs' petition in this action set out a good cause of action, and the question as to whether there are any grounds made out for reversal depends for solution on whether this court can take judicial notice of the appellants' bill of exceptions.

The judgment in this action was rendered at the November term, 1877, of the Washington Court of Common Pleas, and at that term appellants' motion for a new trial was overruled, and time given them until the first day of the ensuing May term of the same court to prepare and file their bill of exceptions. The records of the first day of the May term of the court, 1878, do not show that any motion or order in this case was made on that day, but the record does show that on the 6th day of the court the following order was made in this suit.